UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Jose L. Linares

v.  :

BAWER AKSAL  :  Criminal No. 11-577 (JLL)
  aka "Jonatan Aksal"
  aka "Hasan Aksakalli"  :  CONTINUANCE ORDER
  aka "Hasan Huseyin Aksal  :

      This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Danielle Alfonzo Walsman, Assistant United States Attorney, appearing), and defendant BAWER AKSAL (Robert Degroot, Esq., appearing) and good cause having been shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

      (2) The defendant consents to the continuance; and

      (3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___18th___ day of September, 2011,

ORDERED that:

the trial date in this matter is continued until January 30, 2013, and that the period of time from September 17, 2012 through January 30, 2013 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. All discovery will be due **October 30, 2012**.

2. Defendants shall file pretrial motions on or before **December 17, 2012**;

3. The Government shall respond to such motions on or before **January 14, 2013**;

4. The return date for pretrial motions shall be **January 21, 2012**; and

5. Trial shall commence on **January 30, 2013** at 10:00 a.m.

_____
HON. JOSE L. LINARES
United States District Judge

_____
Danielle Alfonzo Walsman
Assistant United States Attorney

_____
Robert Degroot, Esq.
Attorney for BAWER AKSAL

2.