UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE L. LINARES                           Date:   07/16/2013
Court Reporter: Phyllis T. Lewis                 Docket No: CR. 12-577-JLL

Title of the Case:

UNITED STATES OF AMERICA
v.
BAWER AKSAL

Appearances:
Danielle Walsman & Robert Frazer, AUSA
Robert DeGroot & Oleg Nekritin, Attorneys for Defendant

Nature of Proceedings:
Trial with jury continued
Defendant present
Jury present
Witness, Elizabeth H. Britt sworn
Witness, Officer Kevin Cremen sworn
Stipulation read into the record (Govt. Exhibit 56)
Witness, Officer Cremen resumes
Witness, Michael Rossani sworn on behalf of Govt.
Witness, Charity MacDonald sworn on behalf of Govt.
Witness, Eric Gumin sworn on behalf of Govt.
Witness, Special Agent Mary Anne Flippo sworn on behalf of Govt.
Lunch Recess (12:30 p.m. - 1:30 p.m.)
Jury present
Witness, Special Agent Flippo resumes
Trial adjourned at 4:00 p.m. trial to resume 07/17/13 @ 9:30 a.m.

                                    Lissette Rodriguez
                               Lissette Rodriguez, Courtroom Deputy
                               to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced:   9:30 a.m.
Time Concluded:   4:00 p.m.