UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE L. LINARES                              Date:   07/17/2013
Court Reporter: Phyllis T. Lewis                    Docket No: CR. 12-577-JLL

<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.
BAWER AKSAL

<u>Appearances:</u>
Danielle Walsman & Robert Frazer, AUSA
Robert DeGroot & Oleg Nekritin, Attorneys for Defendant

<u>Nature of Proceedings:</u>
Trial with jury continued
Defendant present
Jury present
Witness, Agent Flippo resumes
Witness, Jocelyn Carlson sworn on behalf of Govt.
Limited Instruction re: Expert Testimony
Witness, Jocelyn Carlson sworn
Witness, Anca Martinez sworn on behalf of Govt.
Govt RESTS
Hearing on Deft's application to Dismiss Indictment (Rule 29). Court ORDERED application DENIED.
Trial adjourned at 12:30 p.m. trial to resume 07/18/13 @ 9:30 a.m.

                                       Lissette Rodriguez
                                       Lissette Rodriguez, Courtroom Deputy
                                       to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced:   9:30 a.m.
Time Concluded:   12:30 p.m.