UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE L. LINARES                              Date:   07/18/2013
Court Reporter: Phyllis T. Lewis                    Docket No: CR. 12-577-JLL

Title of the Case:

UNITED STATES OF AMERICA
v.
BAWER AKSAL

Appearances:
Danielle Walsman & Robert Frazer, AUSA
Robert DeGroot & Oleg Nekritin, Attorneys for Defendant

Nature of Proceedings:
Trial with jury continued
Defendant present
Jury not present
Hearing conducted Agent Flippo questioned re: juror who approached her
Jury present
Witness, Maria Stridh sworn on behalf of Deft.
Defense RESTS
ORDERED lunch for 14 jurors from Hobby's, 33 Bradford Pl., Newark New Jersey 07102
(973) 623-0410  @ the Court's expense
CHARGE by Court
Danielle Walsman CLOSED for Govt.
Robert DeGroot CLOSED for Deft.
Robert Frazer REBUTTAL
Additional Charge by Court
Ordered Alternate Jurors selected
Ordered, CSO Ronald Sausa sworn.
Jury retired to delibertate
Jury Note #1 (2:15 p.m. smoke break)
Jury Note #2 (3:32 p.m. transcript request & question)
Deft. Present/Jury not present. Hearing re: Jury Note #2.
Jury/Alternates present (4:00 p.m.). Transcript of Agent Flippo provided & question answered re: when deft. was given/appointed/retained counsel)
Jury resume deliberations (4:05 p.m.)
Jury Note #3 (5:22 p.m. permission to make phone call childcare issues)
Jury Note #4 (5:28 p.m.  Request for Focht's transcript)
Jury Not Present. Hearing re: Jury Note #4. Transcript to be provided

Jury/Alternates present and advised transcript will be provided and excused.
Trial adjourned at 5:45 p.m. trial to resume 07/19/13 @ 8:45 a.m.

                                                   Lissette Rodriguez
                                        Lissette Rodriguez, Courtroom Deputy
                                        to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced:  9:30 a.m.
Time Concluded:    5:45 p.m.