UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE L. LINARES                                      Date:   07/19/2013
Court Reporter: Phyllis T. Lewis                            Docket No: CR. 12-577-JLL

Title of the Case:

UNITED STATES OF AMERICA
v.
BAWER AKSAL

Appearances:
Danielle Walsman & Robert Frazer, AUSA
Robert DeGroot, Attorney for Defendant

Nature of Proceedings:
Trial with jury continued
Jury resumes deliberations
ORDERED lunch for 14 jurors from Hobby's, 33 Bradford Pl., Newark New Jersey 07102 (973) 623-0410  @ the Court's expense
Jury Note #5 (9:42 a.m. re: transcript request & request for closing argument)
Defendant present
Hearing re: Jury Note #5.
Jury/Alternates present.  Transcript provided & advised closing argument is not evidence and will not be provided.
Jury resumes deliberations
Jury Note #6 (request for milk & sugar)
Jury Note #7 (11:50 a.m. Verdict)
Jury/Alternates/Deft. Present.
VERDICT
As to Counts 1-2 (of 2ND Superseding Indictment)  **GUILTY**
ORDERED jury polled & all concur.
Jury excused.
ORDERED Deft. to be sentenced 10/23/2013 @ 11:00 am.
Hearing on Govt's application for remand.  Court ORDERED application GRANTED
Trial concluded.

                                                      Lissette Rodriguez
                                                      Lissette Rodriguez, Courtroom Deputy
                                                      to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced:    8:45 a.m.
Time Concluded:    12:45 p.m.