# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :                Honorable Jose L. Linares

                              :

         v.                   :                Criminal No. 12-577 (JLL)

                              :

BAWER AKSAL

| Presiding Judge | Government Attorney(s) | Defendant'S Attorney |
|---|---|---|
| Jose L. Linares | Danielle Walsman<br>Robert Frazer | Robert DeGroot<br>Oleg Nekritin |
| **Trial Date(s)**<br>07/09/13; 07/10/13; 07/15/13; 07/16/13<br>07/17/13; 07/18/13 & 07/19/13 | **Court Reporter**<br>Phyllis T. Lewis | **Courtroom Deputy**<br>Lissette Rodriguez |

## GOVERNMENT'S EXHIBITS

| Exhibit number | Exhibit Description | IDed | Admitted |
|---|---|---|---|
| 1 | Handwritten diagram of Row 24 Seat Configuration, dated 08/21/12 | | |
| 2 | Demonstrative row of airplane seats | 07/10/13 | 07/10/13 |
| 3 | 5 FBI photos of defendant and his hands, taken 08/21/12 | 07/16/13 | 07/16/13 |
| 4 | 6 FBI photos taken from inside the airplane on 08/21/12 | 07/16/13 | 07/16/13 |
| 5 | Victim's Shirt | 07/10/13 | 07/10/13 |
| 6 | Victim's Shorts | 07/10/13 | 07/10/13 |
| 7 | Victim's Bra | 07/10/13 | 07/10/13 |
| 8 | Victim's Jacket | 07/10/13 | 07/10/13 |
| 9 | Victim's Underwear | 07/10/13 | 07/10/13 |
| 10 | Victim's Necklace | 07/10/13 | 07/10/13 |
| 11 | Defendant Shorts | | |
| 12 | Defendant Shirt | | |
| 13 | FBI 302, dated 08/22/12 of Bawer Aksal statement to law enforcement, with Advice of Rights | 07/16/13 | |

| Exhibit number | Exhibit Description | IDed | Admitted |
|---|---|---|---|
| 13A | Advice of Rights (Executed Miranda) | 07/16/13 | 07/16/13 |
| 14 | Handwritten notes of 08/21/12 law enforcement interview of Bawer Aksal | 07/16/13 | 07/16/13 |
| 15 | Port Authority Criminal Complaint Report No. 12N10023 | | |
| 16 | Susan Thomas Handwritten Statement made on board Flight 306 | | |
| 17 | Maria Stridh handwritten statement of PAPD, dated 08/21/12 | 07/18/13 | |
| 18 | Evan Focht handrwritten statement to PAPD, dated 08/21/12 | | |
| 19 | Susan Thomas/Anca Martinez pre-flight text messages from 08/20/12 7:24 p.m to 7:30 p.m. Eastern | 07/10/13 | 07/10/13 |
| 20 | Susan Thomas/Anca Martinez text messages from 08/20/12 11:49 p.m. to 12:00 a.m. Eastern | | |
| 21 | Evan Focht Handwritten statement made on board Flight 306 | 07/15/13 | |
| 22 | Photocopy of Page 4 of PAPD PO Cremen Memobook closed 10/04/12 | | |
| 23 | United Airlines record of alcohol and snack purchases aboard Flight 306 | 07/16/13 | 07/16/13 |
| 24 | United Airlines passenger manifest for Flight 306 | 07/16/13 | |
| 25 | United Airlines Irregular Operations Report #IOR-0134, created 08/25/12 | 07/16/13 | |
| 26 | United Airlines ACARS data for Flight 306 from 3:19:03 Pacific to 4:11:46 on 08/21/12 | 07/16/13 | |
| 27 | United Airliens email from Timothy Wheeler to "pircopc" re "12_PP_25 AKSAL pnr data with date/time 08/20/12 23:39 | | |
| 28 | Newark Beth Israel Medical Center records, dated 08/21/12 with Physician Notes | 07/15/13 | 07/15/13 |

| Exhibit number | Exhibit Description | IDed | Admitted |
|---|---|---|---|
| 29 | Sexual Assault Forensic Examination Report, dated 08/21/12 | 07/15/13 | 07/15/13 |
| 29A | Redacted Statement | 07/10/13 | 07/15/13 |
| 30 | Transcribed excerpt of jail call between Bawer Aksal & Jale Mirza on 08/23/12 at 17:04:40 | | |
| 31 | Chart of Seat Map | 07/16/13 | 07/16/13 |
| 31A | Chart of trial witnesses and their relative sea positions on Flight 306 | 07/16/13 | 07/16/13 |
| 32 | FBI Laboratory Report of Examination, dated 11/16/12 | | |
| 33 | FBI Laboratory Report of Examination, dated 11/16/12 | | |
| 34 | FBI "Sentinel Working Copy" Evidence Chain of Custody Log | | |
| 35 | FBI 2-Page "Administrative Worksheet" for crime scene, dated 08/21/12 | | |
| 36 | FBI Evidence Recovery Log | | |
| 37 | FBI Electronic Communication dated 09/06/12 | 07/17/13 | |
| 38 | FBI Lab Worksheet dated 09/13/12 | | |
| 39 | Photo of Defendant's shorts | 07/17/13 | |
| 40 | DNA Summary Chart | 07/17/13 | 07/17/13 |
| 41 | Consent to Search Form | 07/16/13 | 07/16/13 |
| 42 | Photo of Victim's Face | 07/16/13 | 07/16/13 |
| 43 | Photos of victim wearing Exhibits 5 and 6 | 07/16/13 | 07/16/13 |
| 44 | Evidence box containing Exhibits 45 & 46 | 07/10/13 | |
| 45 | Evidence box containing Exhibit 8 | 07/10/13 | |
| 46 | Evidence box containing Exhibit 5 | 07/15/13 | |
| 47 | Evidence box containing Exhibits 48 and 49 | | |
| 48 | Evidence bag containing Exhibit 7 | 07/15/13 | |

| Exhibit number | Exhibit Description | IDed | Admitted |
|---|---|---|---|
| 49 | Evidence bag containing Exhibit 6 | 07/15/13 | |
| 50 | Evidence envelope containing Exhibit 51 | | |
| 51 | Evidence envelope containing Exhibit 9 | 07/10/13 | 07/10/13 |
| 52 | Evidence bag containing Exhibit 53 | 07/10/13 | |
| 53 | Evidence bag containing Exhibit 10 | 07/10/13 | 07/10/13 |
| 54 | | | |
| 55 | Stipulation for Beth Israel Medical Records | 07/15/13 | 07/15/13 |
| 56 | Stipulation for United Airline Records | 07/16/13 | 07/16/13 |
| 57 | Stipulation for row of Airplane Seats (Exhibit 2) | 07/10/13 | 07/10/13 |
| 58 | Stipulation for Essex County Jail Call | | |
| DEFENDANT'S EXHIBITS | | | |
| 1 | Handwritten diagram of Row 24 Seat Configuration, dated 08/21/12 | | |
| 2 | Demonstrative row of airplane seats | | |
| 3 | 6 FBI photos of defendant and his hands, taken 08/21/12 | | |
| 4 | Victim underwear | | |
| 5 | Accuser shorts | | |
| 6 | Accuser bra | | |
| 7 | Accuser shirt | | |
| 8 | Accuser cardigan | | |
| 9 | Accuser necklace | | |
| 10 | Defendant shirt | | |
| 11 | Defendant shorts | | |
| 12 | Maria Stridh handwritten statement to PAPD, dated 08/21/12 | 07/16/13 | |

| Exhibit number | Exhibit Description | IDed | Admitted |
|---|---|---|---|
| 13 | Triage Assessment Form St. Barnabas Medical Notes | | |
| 14 | FBI Laboratory Report of Examination 11/16/12 | | |
| 15 | FBI, Form 302 Interview of Maria Elizabeth Stridh | 07/18/13 | |
| 16 | FBI, Form 302 Interview of Jane Doe | | |
| 17 | FBI Laboratory Report of Examination dated 03/04/13 | | |
| 18 | FBI, Form 302 Interview of Elizabeth H. Britt | 07/16/13 | |
| 19 | Handwritten Statement by Jane Doe | | |
| 20 | Handwritten Statement by Evan Focht | | |
| 21 | Nuclear DNA Unit Technical & Administrative Review | | |
| 22 | FBI Laboratory Worksheet, 09/13/12 noting tests conducted. | | |
| 23 | FBI electronic communications, dated 09/06/12 | | |
| 24 | Communication Log for DNA Evidence | | |
| 25 | Chain Custody FBI Log | | |
| 26 | Major Deviation Request, FBI | | |
| 27 | Serological Examinations | | |
| 28 | Collection Notes, FBI | | |
| 29 | Extraction Notes, FBI | | |
| 30 | Quantifier Notes, FBI | | |
| 31 | Amplification Notes, FBI | | |
| 32 | FBI Notes | | |
| 33 | FBI Notes, Anca Martinez Interview | | |
| 34 | FBI Lab Notes 03/04/13 | | |
| 35 | FBI 302 Notes, Jane Doe 11/16/12 | | |
| 36 | FBI 302 Notes, Evan Parker Focht, 08/21/12 | | |

| Exhibit number | Exhibit Description | IDed | Admitted |
|---|---|---|---|
| 37 | FBI 302 Notes, Evan Park Focht, 12/11/12 | | |
| 38 | Elizabeth Harrison Britt, FBI 302 Notes | | |
| 39 | Email from Maria Elizabeth Stridh | | |
| 40 | Email from Elizabeth Harrison Britt | | |
| 41 | Darby Nolan, FBI 302 Notes | | |
| 42 | Michael Rossani, FBI 302 Notes | 07/17/13 | |
| 43 | Charity MacDonald, FBI form 302 Notes | 07/17/13 | |
| 44 | Text Message, from Jane Doe to Ana Martinez "middle eastern reference" | | |
| 45 | "Hairy arm on me!! It's not moving!" | | |
| 46 | Text Mesaage reference "Big Blk Tree" | | |
| 47 | Sexual Assault Forensic Report | | |
| 48 | Evidence Recovery Log | | |
| 49 | Communication Log, United Airlines | | |
| 50 | US Airline, Communication by Captain noting accuser was sleeping on the Defendant | | |
| 51 | Record of Alcohol Purchases | | |
| 52 | Evan Focht statement to PAPD | 07/15/13 | |
| 53 | FBI Communication from 11/02/12 | | |
| 54 | Laboratory Worksheet | | |
| 55 | Chain of Custody, 01/10/13 | | |
| 56 | Facebook Group List of Anca Martinez | | |
| 57 | Seating Chart for the flight | | |
| 58 | Email Communication between Focht and Jane Doe | | |
| 59 | Statement by Jane Doe to police regarding her son | | |
| 60 | FBI Notes of interviews with Martinez, Focht, McDonald | | |

| Exhibit number | Exhibit Description | IDed | Admitted |
|---|---|---|---|
| 61 | Text Message from Jane Doe to Agent Carley | | |
| 62 | FBI Notes of Interview with Eric Gumin | | |
| 63 | Transcription of Text Messages between Susan Thomas and Agent Carley | 07/15/13 | |
| 64 | FBI Statement/Eric Gumin | 07/16/13 | |
| 65 | Letter dated 07/02/13 from US Atty's Office to Susan Thomas | 07/16/13 | |

I HEREBY ACKNOWLEDGE RECEIPT OF ALL ORIGINAL EXHIBITS MARKED INTO EVIDENCE IN THE MATTER OF USA v. AKSAL, CRIMINAL NUMBER 12-CR-577-JLL-01.

Dated: _____

July 19, 2013

_____

Danielle Walsman, AUSA
On Behalf of the Govt.